# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **JORDAN JOSEPH KINARD,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:17CV00443 |
| | ) | |
| v. | ) | **OPINION** |
| | ) | |
| **LESLIE FLEMING, ET AL.,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| | ) | |
| Defendants. | ) | |

*Jordan Joseph Kinard, Pro Se Plaintiff.*

Jordan Joseph Kinard, proceeding pro se, filed this civil rights complaint under 42 U.S.C. § 1983. By Order entered October 5, 2017, the court directed Kinard to submit to the court within 21 days from the date of the Order a statement of assets, an inmate account form, and a certified copy of Kinard's trust fund account statement for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate prison official. *See* 28 U.S.C. § 1915(b). Kinard was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and Kinard has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Kinard may

refile the claims in a separate action once his is prepared to comply with the noted conditions.

                                            DATED: November 1, 2017

                                            /s/ James P. Jones
                                            United States District Judge